**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DAVID WARD AND WENDIE WARD, | : | No. 281 MAL 2022 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WEST GROVE HOSPITAL COMPANY, | : | |
| LLC, D/B/A JENNERSVILLE REGIONAL | : | |
| HOSPITAL AND WEST GROVE CLINIC | : | |
| COMPANY, LLC, D/B/A CARDIOLOGY | : | |
| ASSOCIATES OF JENNERSVILLE, WEST | : | |
| GROVE HOSPITAL CORPORATION AND | : | |
| PAULINE COUSINEAU, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.